In the Matter of the Claim of ESTHER GREENBERG, Respondent, against NELLIE VOIT et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued January 7, 1929; decided February 13, 1929.)

*George J. Stacy* and *James J. Mahoney* for appellant. *Hamilton Ward,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.